618 A.2d 395

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Arthur J. MATUSOW, Respondent.**

**No. 910 Disciplinary Docket No. 2.**
**Disciplinary Board No. 121 DB 89.**

Supreme Court of Pennsylvania.

Jan. 7, 1993.

## ORDER

PER CURIAM:

AND NOW, this 7th day of January, 1993, there having been filed with this Court by Arthur J. Matusow his verified Statement of Resignation dated October 16, 1992, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Arthur J. Matusow be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.